IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| PLYMOUTH INDUSTRIES, | ) | |
| Plaintiff, | ) | 8:05CV469 |
| v. | ) | |
| SIOUX STEEL, | ) | ORDER |
| Defendant. | ) | |

    Before the court is the Notice of Related Case (Filing No. 5) indicating that this case is related to 8:05CV196 *Plymouth Industries v. Sioux Steel.*  For good cause shown, this case will be reassigned as follows.

    **IT IS ORDERED** that this case is reassigned to District Judge Lyle E. Strom for disposition and to Magistrate Judge F.A. Gossett for judicial supervision and pretrial matters.

    **DATED: October 13, 2005**

BY THE COURT:

s/ Joseph F. Bataillon
United States District Judge