IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
PLYMOUTH INDUSTRIES, LLC,        )
a Nebraska Limited Liability     )
Company,                         )
                                 )
            Plaintiff,           )        8:05CV469
                                 )
       v.                        )
                                 )
SIOUX STEEL COMPANY, a South     )        ORDER
Dakota Corporation,              )
                                 )
            Defendant.           )
_____)
```

This matter is before the Court on the joint motion for consolidation with civil action 8:05CV196. The Court finds said motion should be granted. Accordingly,

IT IS ORDERED that said motion is granted; this action is consolidated with 8:05CV196. No Rule 26(f) report needs to be filed in this action, and a joint progression order will be entered in both cases.

DATED this 1st day of December, 2005.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court