IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| PLYMOUTH INDUSTRIES, LLC, <br> a Nebraska Limited Liability <br> Company, <br>     Plaintiff and Counterclaim <br>     Defendant, <br>         v. <br> SIOUX STEEL COMPANY, <br> a South Dakota Corporation, <br>     Defendant and Counterclaim <br>     Plaintiff. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | 8:05CV196 |
| PLYMOUTH INDUSTRIES, LLC, <br> a Nebraska Limited Liability <br> Company, <br>     Plaintiff and Counterclaim <br>     Defendant, <br>         v. <br> SIOUX STEEL COMPANY, <br> a South Dakota Corporation, <br>     Defendant and Counterclaim <br>     Plaintiff. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | 8:05CV469 <br><br><br><br><br><br> ORDER |

Pursuant to 28 U.S.C. § 636,

IT IS ORDERED that the following matters are referred to Magistrate F. A. Gossett, III:

      plaintiff's motion for protective
      order (Filing No. 41 in 8:05CV196);

defendant's motion to compel deposition of Dennis L. Thomte (Filing No. 45 in 8:05CV196; Filing No. 29 in 8:05CV469).

DATED this 9th day of March, 2006.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court