IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| PLYMOUTH INDUSTRIES, LLC,<br>a Nebraska Limited Liability<br>Company, | )<br>)<br>)<br>) | |
|     Plaintiff and Counterclaim<br>    Defendant, | )<br>) | 8:05CV196 |
|        v. | )<br>)<br>) | |
| SIOUX STEEL COMPANY,<br>a South Dakota Corporation, | )<br>)<br>) | |
|     Defendant and Counterclaim<br>    Plaintiff. | )<br>) | |
| PLYMOUTH INDUSTRIES, LLC,<br>a Nebraska Limited Liability<br>Company, | )<br>)<br>)<br>) | |
|     Plaintiff and Counterclaim<br>    Defendant, | )<br>) | 8:05CV469 |
|        v. | )<br>)<br>) | |
| SIOUX STEEL COMPANY,<br>a South Dakota Corporation, | )<br>)<br>) | ORDER |
|     Defendant and Counterclaim<br>    Plaintiff. | )<br>) | |

       This matter is before the Court on plaintiff's motion to stay proceedings (Filing No. 121 in 8:05CV296; Filing No. 94 in 8:05CV469). The Court notes defendant does not oppose the motion. Accordingly,

       IT IS ORDERED:

       1) Plaintiff's motion is granted; this action and all deadlines set forth in the final profession order are stayed.

2) A status conference will be held on:

**Friday, September 29, 2006, at 11 a.m.**

A joint status report shall be submitted to the Court by September 22, 2006, with deadlines for briefing schedule, and proposed dates for trial and final pretrial conference.

DATED this 26th day of July, 2006.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court